RECEIVED

NOV −8 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**(SAN ANTONIO DIVISION)**

Darelle Molale

   Plaintiff,

V.

1 ADJUSTERS INC.;
James Waldron

   Defendants.

**$A23CA1392XR**

Case No.

COMPLAINT

## INTRODUCTION

I, Darelle Molale (plaintiff) bring this action against defendants 1ST

ADJUSTERS INC. and James Waldron (hereinafter all defendants referred to collectively as

"Defendants") for violations of §§ 1692d(1), 1692d(2), 1692e(1), 1692e(6)(B), 1692e(14), and

16921(6)(A) of the Fair Debt Collection Practices Act (FDCPA), violations of §§ 1681b(a)(1),

1681b(a)(2), and 1681q of the Fair Credit Reporting Act (FCRA), violation of U.S. Const.

Amend. IV, and violation of U.S. Const. Amend. V. and alleges as follows:

## JURISDICTION AND VENUE

1.  This court has subject-matter jurisdiction over this action because it is brought

under a federal question, 28 U.S.C. § 1331

2.  Venue is proper because Defendants are located and do business here, 28 U.S.C. §

1391(6)(1)

## PARTIES

3.      Plaintiff is a federally protected consumer / natural person.

4.      Defendant 1ST ADJUSTERS INC. is a repossession company located at 9506 Brown

LN Austin TX 98754 and is registered with the Department of Public Safety Private Security

Bureau (PSB) under license number C07291601.

5.      Defendant James Waldron is registered as the CEO and Secretary for 1ST

ADJUSTERS INC.

## STATEMENT OF FACTS

6.      Plaintiff is a natural person as defined under the FDCPA 15 U.S.C. § 1692a(3)

7.      Defendant 1ST ADJUSTERS INC is a debt collector as defined under 15 U.S.C. §

1692a(6) of the FDCPA as they are in the regular practice of collecting, or attempting to

collect debts.

8.      Defendant James Waldron is registered as the CEO for 1ST ADJUSTERS INC. and is

responsible for the actions of 1ST ADJUSTERS INC.

9.      On 10/27/2023 at approximately 6:00am plaintiffs property was illegally seized

after Defendants scanned plaintiff's plate / credit card as defined under 15 U.S.C §

1681a(r)(2) without any consent from plaintiff and with no permissible purpose to

gather information on plaintiff.

10.    Plaintiff's property was illegally seized at a Gated Apartment Complex at

address: 11340 Alamo Ranch PKWY, San Antonio TX 78253

11.    At the time of the seizure and as of the time of the writing of this complaint there

was not and is not any court order granting the taking of plaintiff's property.

12.    Defendant has threatened to illegally advertise plaintiff's property for sale at auction

on 11/07/2023 as a means to coerce payment of debt.

13.    Since incident plaintiff was forced to quit job due to lack of transportation and now

a possible eviction because plaintiff is without a job subjecting plaintiff and plaintiff's

family to irreparable humiliation and damage to reputation.

14.    Defendant deceitfully acquired plaintiffs location information.

15.    1ST ADJUSTERS INC. has a license under the TXDPS PSB in which

James Waldron is the main holder and no driver is registered under the company's

license.

16.    Although Defendants are debt collectors, they have not obtained a surety bond filed

with the secretary of state.

17.    Plaintiff has reached out via certified mail with signatures required to Defendants

on several occasions in order to amicably resolve this matter on 10/30/2023 and

11/01/2023 to no avail. (See Exhibits labeled A through F)

## FDCPA VIOLATIONS

18.    The FDCPA prohibits and seeks to eliminate abusive, deceptive, and unfair debt

collections practices by debt collectors. 15 U.S.C. § 1692

19.    Defendants are "debt collectors" under the Act because their principal purpose is

the collection or attempted collection of debts. 15 U.S.C. § 1692a(6)

## COUNT I
## ABUSIVE PRACTICES

20.    Plaintiff realleges and incorporates by reference paragraphs 1-17.

21.    An act, or practice, or conduct is abusive under the FDCPA if the natural

consequence of which is to harass, oppress, or abuse any person in connection with

the collection of a debt. 15 U.S.C. § 1692d

22.    Defendants practice of illegally seizing plaintiff's property and damaging

plaintiff's property and reputation in the act is a violation of 15 U.S.C. § 1692d(1)

## COUNT II
## ABUSIVE PRACTICES

23.    Plaintiff realleges and incorporates by reference paragraphs 1-17.

24.    An act, or practice, or conduct is abusive under the FDCPA if the natural

consequence of which is to harass, oppress, or abuse any person in the connection

with the collection of a debt. 15 U.S.C § 1692d

25.    Defendants action of claiming to have a right to repossess plaintiffs property is

obscene and profane when no such present right exists and is intended as a form of

abuse which is a violation of 15 U.S.C. § 1692d(2).

## COUNT III
## DECEPTIVE PRACTICES

26.    Plaintiff realleges and incorporates by reference paragraphs 1-17.

27.    The FDCPA prohibits any debt collector from using any false, deceptive, or misleading representation or means in connection with the collection of any debt. 15 U.S.C. § 1692e

28.    Defendants are using the false implication that they are vouched for and/or bonded by the state of Texas by carrying a license through the TXDPS PSB under license number C07291601 and is in violation of 15 U.S.C. § 1692e(1).

## COUNT IV
## DECEPTIVE PRACTICES

29. Plaintiff realleges and incorporates by reference paragraphs 1-17.

30. The FDCPA prohibits any debt collector from using any false, deceptive, or misleading representation or means in connection with the collection of any debt. 15 U.S.C. § 1692e

31. Defendants implications that the referral of the debt for collection by defendants has left the plaintiff subject to prohibited practices such as the "repossession itself is a violation of 15 U.S.C. § 1692e(6)(B).

## COUNT V
## DECEPTIVE PRACTICES

32. Plaintiff realleges and incorporates by reference paragraphs 1-17.

33. The FDCPA prohibits any debt collector from using any false, deceptive, or misleading representation or means in connection with the collection of any debt. 15 U.S.C. § 1692e

34. Defendants practice of intentionally selling illegally seized property at auction as a form of conducting business for profit is a clear violation of 15 U.S.C. § 1692e(6)(b)

## COUNT VI
## UNFAIR PRACTICES

35.    Plaintiff realleges and incorporates by reference paragraphs 1-17

36.    The FDCPA prohibits a debt collector from using any unfair or unconscionable means in the collection of any debt. 15 U.S.C. § 1692f

37.    Defendants took a nonjudicial action of dispossession against plaintiff with no right to possession of plaintiff's property and violated 15 U.S.C. § 1692f(6)(A)

## FCRA VIOLATIONS

38.    It is the purpose of the FCRA to require reasonable procedures to ensure that consumer reporting agencies exercise their grave responsibility in a manner that is fair and equitable to the consumer with regards to confidentiality and proper utilization of such information in accordance with the requirements of that subchapter. 15 U.S.C. § 1681

39.    Defendants are a "person" under the Act because 1ST ADJUSTERS INC. is a corporation and James Waldron is an individual 15 U.S.C. § 1681a(b)

## COUNT VII
## LACK OF PERMISSIBLE PURPOSE

40.    Plaintiff realleges and incorporates by reference paragraphs 1-17.

41.    Under the FCRA a consumer reporting agency shall only furnish a consumer report with proper permissible purpose. 15 U.S.C. § 1681b

42.    Defendants were not in possession of an order from a court having jurisdiction to issue such an order to grant them permissible purpose to obtain a consumer report on plaintiff which is in violation of 15 U.S.C. § 1681b(a)(1)

## COUNT VIII
## LACK OF PERMISSIBLE PURPOSE

43.    Plaintiff realleges and incorporates by reference paragraphs 1-17.

44.    Under the FCRA a consumer reporting agency shall only furnish a consumer report with proper permissible purpose. 15 U.S.C. § 1681b

45.    Defendants had absolutely no direct consent from plaintiff to acquire any information about plaintiff from their consumer report, so Defendants had no permissible purpose and are in violation of 15 U.S.C. § 1681(a)(2).

## COUNT IX
## FALSE PRETENSES

46.    Plaintiff realleges and incorporates by reference paragraphs 1-17.

47.    Under the FCRA any person who knowingly and willfully obtains information on a

consumer from a consumer reporting agency under false pretenses shall be fined under title 18, imprisoned for not more than 2 years, or both. 15 U.S.C. § 1681g

48.     Defendants regular practice of knowingly and willfully obtaining information on consumers from consumer reporting agencies without any certification as to the specific reason falls under false pretenses and is a direct violation of 15 U.S.C. § 1681q

## CONSTITUTIONAL VIOLATIONS

49.     The United States Constitution's Bill of Rights was passed to guarantee civil rights and liberties to the individual such as due process of law and reserves all powers not delegated to the Federal government to the people or the states.

50.     The Bill of Rights affords plaintiff certain protections and guarantees that were disregarded in this matter and are as follows:

## COUNT X
## UNLAWFUL SEIZURE

51.     Plaintiff realleges and incorporates by reference paragraphs 1-17.

52.     The U.S. Const. Amend. IV affords the right of the people to be secure in their persons, houses, and effects, and protections against unreasonable searches and seizures shall not be violated. Except by warrants that are supported by oath or affirmation and particularly describing the property to be seized.

53.     Defendants unlawfully seized plaintiff's property without a proper court order

supported by oath and/ or describing the property to be seized therefore unlawfully depriving plaintiff of their Fourth amendment right to be secure in plaintiff's own property.

## COUNT XI

## DISREGARD OF DUE PROCESS

54.    Plaintiff realleges and incorporates by reference paragraphs 1-17.

55.    The U.S Const. Amend. V affords the right that no person shall be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

56.    Defendants actions have deprived plaintiff of their property without any due process of law leaving plaintiff without the freedom to enjoy said property.

## PRAYER FOR RELIEF

a.    Permanently enjoin Defendants from committing future violations of the FDCPA and FCRA

b.    Impose monetary relief in the amount of $5,000 us against Defendants for statutory damages under the FDCPA 15 U.S.C. § 1692k(a)(2)(A)

c.    Impose monetary relief in the amount of $4,000 us against Defendants for statutory damages under the FCRA 15 U.S.C. §§ 1681 n(a)(1)(A)

d.    Impose monetary relief in the amount of $32,000 us for actual damages for the value of plaintiff's property due to FDCPA, FCRA, and Constitutional

violations 15 U.S.C. §§ 1692k(a)(1), 168]n(a)(1)(A)

e.      Impose equitable relief by ordering Defendants to return property to plaintiff.

f.       Impose punitive damages in the amount of $70,000 usd for mental anguish,

and irreparable damage to reputation and constitutional violations.

g.      Sentence James Waldron for not more than 2 years in accordance with 15 U.S.C. §

1681g

h.      Award additional relief as the Court may deem just and proper.


Respectfully Submitted,

Darelle Molale

Pro-se Litigant / Plaintiff

11340 Alamo Ranch Pkwy
APT 734
San Antonio TX, 78253

EXHIBIT A

## Cease and Desist Notice

Date:10/30/2030
Darelle R Molale
447 Walnut Crest
Selma Texas 78154

Property in question:
2016 Ram 1500
Vin:1C6RR7NT9GS296540

**Attention: James Waldron CEO/ Registered Agent** for
1st Adjusters, INC.
P.O. Box 270014
Austin, TX 78727

This formal notice is in regards to the 2016 RAM 1500 VIN:1C6RR7NT9GS296540 taken on October 27,2023 (10/27/23).

This formal notice shall serve as your first and only warning to cease holding and forfeit the illegally seized property back to the rightful owner by the name of Darelle Molale at address: 447 walnut Crest, Selma TX 78154.

You are advised to further any past due balance for your service and/or storage fees back to Capital One Auto Finance as their negligence in this matter has put yourself and your company in a grave situation.

You have 48 Hours from the receipt of this notice to contact Darelle Molale by telephone at (832)396-7271 to arrange the prompt return of said property, if this cease and desist is ignored then civil and criminal complaints will be brought in an appropriate United States District Court of competent Jurisdiction where you, James Waldron will be named individually as well as 1st Adjusters INC as defendants.

Notification is complete upon receipt.

Signed,

Darelle Molale

EXHIBIT
B



**UNITED STATES**
**POSTAL SERVICE.**

HERITAGE
702 RICHLAND HILLS DR
SAN ANTONIO, TX 78245-9998
(800)275-8777

10/30/2023                           04:22 PM
---------------------------------------------
Product               Qty    Unit    Price
                             Price
---------------------------------------------
PM Express 1-Day       1             $28.75
Flat Rate Env
   San Antonio, TX 78217
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
        Tue 10/31/2023 06:00 PM
   Money Back Guarantee
   Tracking #:
        EI520624825US
   Insurance                         $0.00
        Up to $100.00 included
Total                                $28.75
---------------------------------------------
Grand Total:                         $28.75
---------------------------------------------
Debit Card Remit                     $28.75
   Card Name: VISA
   Account #: XXXXXXXXXXXX9264
   Approval #: 900549
   Transaction #: 911
   Receipt #: 078920
   Debit Card Purchase: $28.75
   AID: A0000000980840    Contactless
   AL: US PREPAID
---------------------------------------------

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

---------------------------------------------

UFN: 487960-0345
Receipt #: 840-57800256-3-9851785-2
Clerk: 42

EXHIBIT C



# USPS Tracking

FAQs >

Tracking Number:                    Remove ✕

## EI520624825US

 Copy    🏃 Add to Informed Delivery

### Scheduled Delivery by

# TUESDAY

# 31 October 2023 ⓘ | by 6:00pm ⓘ

Your item was delivered to an individual at the address at 10:23 am on October 31, 2023 in SAN ANTONIO, TX 78217. The item was signed for by S A.

Get More Out of USPS Tracking:

🔍 USPS Tracking Plus®

 **Delivered**
**Delivered, Left with Individual**

SAN ANTONIO, TX 78217
October 31, 2023, 10:23 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

🔒 tools.usps.com

EXHIBIT D

# LETTER OF INTENT TO SUE

**Darelle Molale**
447 Walnut crest
Selma TX 78154
Phone: (832)396-7271
Email: darelle714@gmail.com

**James Waldron CEO/ Registered Agent** for:
1st Adjusters, INC.
14059 Dublin Square
San Antonio TX 78217

Effective Date: 11/02/2023

**Notice of Intent to File Lawsuit**
**For Property: 2016 RAM 1500 VIN:1C6RR7NT9GS296540**

Dear James Waldron,

This letter of intent to sue shall serve as a formal notice that Darelle Molale intends to commence a lawsuit against you due to the following: Violation of Federal statutes including, but not limited to Fair Debt Collection Practices Act and the Fair Credit Reporting Act for both civil and criminal liability.

**I. The Plaintiff**  Darelle Molale (the "Plaintiff").

**II. The Defendants.** James Walrdon and 1ST ADJUSTERS INC(the "Defendants").

**III. Settlement Demand.** As a result of your actions, the Plaintiff seeks relief in the form of.

> The immediate return of illegally seized property. No other damages against
> Defendants will be sought upon the return of aforementioned property.

Since you've threatened to illegally sell my property at auction on Tuesday November 7TH 2023, This offer to cure and/or settle this matter outside of court and avoid a lawsuit is Valid for ONE day from the date of receipt.

**IV. Governing Law.**  This Letter of Intent shall be governed under applicable federal law in the United States District Court, Texas Western District Court of San Antonio 262 W. Nueva St. San Antonio, TX 78207

Sincerely,

EXHIBIT
E

**UNITED STATES**
**POSTAL SERVICE.**

GMF SAN ANTONIO
10410 PERRIN BEITEL RD
SAN ANTONIO, TX 78284-9765
(800)275-8777

11/01/2023                                    05:32 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®              1                         $9.65
Flat Rate Env
    San Antonio, TX 78217
    Flat Rate
    Expected Delivery Date
        Fri 11/03/2023
    Tracking #:
        9505 5150 6132 3305 9099 64
    Insurance                                        $0.00
        Up to $100.00 included
Total                                               $9.65

Priority Mail®              1                         $9.65
Flat Rate Env
    Austin, TX 78754
    Flat Rate
    Expected Delivery Date
        Sat 11/04/2023
    Tracking #:
        9505 5150 6132 3305 9099 88
    Insurance                                        $0.00
        Up to $100.00 included
Total                                               $9.65

Grand Total:                                        $19.30

Debit Card Remit                                    $19.30
    Card Name: VISA
    Account #: XXXXXXXXXXXX9264
    Approval #: 390303
    Transaction #: 366
    Receipt #: 053490
    Debit Card Purchase: $19.30
    AID: A0000000980840    Contactless
    AL: US PREPAID

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 487949-0233
Receipt #: 840-57800260-2-7182199-2
Clerk: 50

EXHIBIT F

# USPS Tracking®

FAQs >

**Tracking Number:**                    Remove ✕

## 95055150613233305909964

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:55 pm on November 2, 2023 in SAN ANTONIO, TX 78217.

_____

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

✓ **Delivered**
**Delivered, Front Desk/Reception/Mail Room**

SAN ANTONIO, TX 78217
November 2, 2023, 1:55 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

🔒 tools.usps.com